# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JOHN ZANG v. ALLIANCE FINANCIAL SERVICES OF ILLINOIS, LTD. and BURTON STERN

Case Number: 08-cv-

FILED: JUNE 11, 2008
08CV3370
JUDGE ST. EVE
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
TC
JOHN ZANG

| | |
|---|---|
| NAME (Type or print) Karl W. Roth | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Karl W. Roth | |
| FIRM The Roth Law Group LLC | |
| STREET ADDRESS 111 W. Washington St., Ste. 1437 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6275808 | TELEPHONE NUMBER (312) 419-9599 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |