TYPE LAW

# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS     DISTRICT 208

SHERIFF'S NUMBER 076467-001D CASE NUMBER 08CV3370     DEPUTY: _____

FILED DT 06-11-2008 RECEIVED DT 06-11-2008 DIE DT 06-26-2008 MULTIPLE SERVICE   1
    DEFENDANT                                        ATTORNEY
ALLIANCE FINANCIAL SERVICES OF ILLINOIS LTD          ROTH LAW GORUP LLC
1400    RENAISSANCE DR                               111 W WASHINGTON ST 1437
PARK RIDGE IL. 60068                                 CHICAGO IL. 60602
#203
PLAINTIFF JOHN ZANG                                  **FOREIGN**

SERVICE INFORMATION: C/O JESS E FORREST UNITED STATES DIST COURT    RS

**********************************************************************************
(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___ , IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME
....3 SERVICE ON: CORPORATION ✗ COMPANY     BUSINESS     PARTNERSHIP
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____                                             1344

(B)   THOMAS J. DART, SHERIFF, BY: _____ , DEPUTY

    1  SEX  M/F     RACE  W     AGE 55
    2  NAME OF DEFENDANT ALLIANCE FINANCIAL SERVICES OF ILLINOIS LTD
       WRIT SERVED ON _____ JESS FORKER
       THIS 24 DAY OF JUNE , 2008 TIME 12:V A.M./P.M.

       ADDITIONAL REMARKS _____

**********************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.

    TYPE OF BLDG _____              ATTEMPTED SERVICES

    NEIGHBORS NAME _____        DATE        TIME  A.M./P.M.

        ADDRESS _____      _____  ___:___  _____

        REASON NOT SERVED:           _____  ___:___  _____
                   ___07 EMPLOYER REFUSAL
    __01 MOVED     ___08 RETURNED BY ATTY   _____  ___:___  _____
    __02 NO CONTACT ___09 DECEASED
    __03 EMPTY LOT  ___10 BLDG DEMOLISHED   _____  ___:___  _____
    __04 NOT LISTED ___11 NO REGISTERED AGT.
    __05 WRONG ADDRESS ___12 OTHER REASONS  _____  ___:___  _____
    __06 NO SUCH ADDRESS ___13 OUT OF COUNTY
                                             _____  ___:___  _____

FEE   .00   MILEAGE   .00   TOTAL   .00                    SG10

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

JOHN ZANG

CASE NUMBER: **08-cv-**
08CV3370

V.

ASSIGNED JUDGE: JUDGE ST EVE
MAGISTRATE JUDGE MASON

ALLIANCE FINANCIAL SERVICES OF
ILLINOIS, LTD and BURTON STERN

DESIGNATED
MAGISTRATE JUDGE:

08CV3370
JUDGE-ST1 07/01/08 15:03
REF CASE # 08-003370
1 FOREIGN WRIT          30.00
1 MILEAGE               10.00
REF SHERIFF # 076467
CASE TOTAL             60.00 #

TO: (Name and address of Defendant)

Alliance Financial Services of Illinois, Ltd.
c/o Jess E. Forrest
1400 Renaissance Drive, #203
Park Ridge, IL 60068

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Roth Law Group, LLC
111 W. Washington St., Ste. 1437
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

Jervantes

------------------------------
**(By) DEPUTY CLERK**

------------------------------
**June 11, 2008**
**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
     discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

_____

G   Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    Date                    *Signature of Server*


                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.