| | | | |
|---|---|---|---|
| **ClientCaseID:** | TIFFANY TILL | **CaseReturnDate:** | 8/1/08 |
| **Law Firm ID:** | ROTHLAW | | Affidavit of Special Process Server |



*191064A*

## UNITED STATES DISTRICT COURT

Case Number **08CV3370**

**I, TERRENCE RYAN**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

## PERSONAL SERVICE

THAT I SERVED THE WITHIN      SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT      BURTON STERN
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY      7/9/08

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:   **Sex** MALE   **Race** WHITE   **Age** 60S

**Height** 5'8"   **Build** MEDIUM   **Hair** BROWN

LOCATION OF SERVICE   **1300 W BELMONT # 201 CHICAGO, IL, 60657**

Date Of Service   7/9/08      Time of Service   8:25 AM

TERRENCE RYAN      7/9/2008
Special Process Server
P.E.R.C. #129-238426

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JOHN ZANG

CASE NUMBER: 08-cv-3370

V.

ASSIGNED JUDGE: Judge St. Eve

ALLIANCE FINANCIAL SERVICES OF
ILLINOIS, LTD and BURTON STERN

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Mason

TO: (Name and address of Defendant)

Burton Stern
1300 W. Belmont
Chicago, IL  60057

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Roth Law Group, LLC
111 W. Washington St., Ste. 1437
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

J. Cervantes
----------------------------
(By) DEPUTY CLERK



June 11, 2008
----------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.