08718                                                                KWR/MLM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN ZANG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08-cv-3370 |
| | ) | Judge St. Eve |
| v. | ) | Magistrate Judge Mason |
| | ) | |
| ALLIANCE FINANCIAL SERVICES OF | ) | |
| ILLINOIS, LTD. and | ) | |
| BURTON STERN, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE A JOINT STATUS REPORT AND TO RE-SCHEDULE THE INITIAL STATUS

NOW COMES Plaintiff, John Zang, ("Zang"), by and through his attorneys, The Roth Law Group, LLC, and pursuant to Federal Rule of Civil Procedure 6(b), moves this Court for an enlargement of time in which to file a Joint Status Report and to re-schedule the initial Status. In support thereof, Movant states as follows:

1. Defendant Alliance Financial Services of Illinois, Ltd. ("Alliance") was served on June 24, 2008. *See* Docket Entry 8. Alliance's responsive pleading is due on July 14, 2008. *See id.*

2. Defendant Burton Stern ("Stern") was served on July 9, 2008. *See* Docket Entry 9. Stern's responsive pleading is due on July 29, 2008. *See id.*

3. The Joint Status Report is due on July 21, 2008, and the next Status is scheduled for July 24, 2008. *See* Docket Entry 7.

4. As of July 14, 2008, neither Alliance nor Stern has filed an appearance or responsive pleading. Accordingly, the Parties have not yet met pursuant to Fed. R. Civ. P. 26(f).

5.    Thus, for the aforementioned reasons, Zang requests that this Court grant an enlargement of time of 14 days after Stern's appearance and responsive pleading is due, until August 12, 2008, for the Parties to file the Joint Status Report and to re-schedule the initial Status until shortly thereafter.

WHEREFORE Plaintiff, John Zang, prays for an Order granting him additional 14 days to file the Joint Status Report, re-scheduling the initial Status, and for whatever other relief this Court deems just.

Respectfully submitted,

By: /s/ Michelle L. Martin
One of Plaintiff's Attorneys

Karl W. Roth
Michelle L. Martin
THE ROTH LAW GROUP LLC
Attorneys for Plaintiff John Zang
111 W. Washington St., Ste. 1437
Chicago, IL 60602
(312) 419-9599
Fax (312) 419-9559

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Motion for an Enlargement of Time in Which to File a Joint Status Report and to Re-Scheduled the Status were served upon Defendants by enclosing a copy of same in an envelope, sealed, postage prepaid, and depositing same in United States Mail Chute at 111 West Washington Street, Chicago, Illinois, 60602, as above addressed on the **14th day of July, 2008.**

Alliance Financial Services of Illinois, Ltd.
c/o Jess E. Forrest
1400 Renaissance Drive, #203
Park Ridge, IL 60068

Burton Stern
1300 W. Belmont
Chicago, IL 60057

By: /s/ Michelle L. Martin
One of Plaintiff's Attorneys