08718                                                                                           KWR/MLM

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOHN ZANG, ) | |
| ) | |
| Plaintiff, ) | Case No.: 08-cv-3370 |
| ) | Judge St. Eve |
| v. ) | Magistrate Judge Mason |
| ) | |
| ALLIANCE FINANCIAL SERVICES OF ) | |
| ILLINOIS, LTD. and ) | |
| BURTON STERN, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:   Alliance Financial Services of Illinois, Ltd.
      c/o Jess E. Forrest
      1400 Renaissance Drive, #203
      Park Ridge, IL 60068

      Burton Stern
      1300 W. Belmont
      Chicago, IL 60057


                                    By:  /s/ Michelle L. Martin
                                         One of Plaintiff's Attorneys


On **July 21, 2008 at 8:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Judge occupying Room 1241, in the United States District Court for the Northern District of Illinois, and we will then and there present Plaintiff's **Motion for an Enlargement of Time in Which to File a Joint Status Report and to Re-Schedule the Initial Status**, a copy of which is attached hereto.

Karl W. Roth
Michelle L. Martin
THE ROTH LAW GROUP LLC
Attorneys for Plaintiff
111 W. Washington St., Ste. 1437
Chicago, IL 60602
(312) 419-9599