**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-CV-3370 |
|---|---|
| ZANG v. ALLIANCE FIN. SERV. OF IL, LTD., et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALLIANCE FINANCIAL SERVICES OF ILLINOIS, LTD.
BURTON STERN

| NAME (Type or print) |
|---|
| DANIEL G AUSTIN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Daniel G. Austin |
| FIRM |
| THE AUSTIN LAW GROUP, LTD. |
| STREET ADDRESS |
| 1021 WEST ADAMS STREET, SUITE 102 |
| CITY/STATE/ZIP |
| CHICAGO, ILLIOIS 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6277058 | (312) 829-2300 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐