08718                                                                                          KWR/MLM

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOHN ZANG, ) | |
| ) | |
| Plaintiff, ) | Case No.: 08-cv-3370 |
| ) | Judge St. Eve |
| v. ) | Magistrate Judge Mason |
| ) | |
| ALLIANCE FINANCIAL SERVICES OF ) | |
| ILLINOIS, LTD. and ) | |
| BURTON STERN, ) | |
| ) | |
| Defendants. ) | |

### MOTION TO WITHDRAW THE APPEARANCE OF MICHELLE L. MARTIN AS COUNSEL FOR PLAINTIFF

NOW COMES Michelle L. Martin of The Roth Law Group, LLC, an attorney of record for Plaintiff, John Zang ("Zang"), and pursuant to the requirements of Rule 1.16 of the Illinois Rules of Professional Conduct and Northern District of Illinois Local Rule 83.17, moves this Honorable Court for leave to withdraw her appearance as counsel for Plaintiff. In support of her Motion, Ms. Martin states as follows:

1. On June 11, 2008, Zang filed the instant Complaint against Alliance Financial Services of Illinois, Ltd. and Burton Stern. *See* Docket Entry 1.

2. On June 11, 2008, Karl W. Roth and Michelle L. Martin, both of The Roth Law Group, LLC, filed an appearance as counsel for Plaintiff in this matter. *See* Docket Entries 3-4.

3. Karl W. Roth is the lead attorney on this case and a member of this Court's trial bar. *See* Docket Entry 4.

4. Accordingly, the withdrawal of Michelle L. Martin as Plaintiff's attorney should not delay these proceedings or cause prejudice to Defendants.

WHEREFORE, Michelle L. Martin moves this Honorable Court to enter an order giving her leave to withdraw as counsel for Plaintiff.

                                                                Respectfully submitted,

                                                                John Zang

                                                  By: /s/ Michelle L. Martin
                                                         One of Plaintiff's Attorneys

Karl W. Roth
Michelle L. Martin
THE ROTH LAW GROUP LLC
Attorneys for Plaintiff
111 West Washington St., Ste. 1437
Chicago, IL 60602
(312) 419-9599

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Motion to Withdraw the Appearance of Michelle L. Martin as Counsel for Plaintiff was served upon Defendants via the Court's electronic filing system at the below listed address on the **24th day of July, 2008.**

Richard S. Jalovec, Esq.
Richard S. Jalovec & Associates, Ltd.
1021 W. Adams St., Ste 102
Chicago, IL 60607
rsj1021@aol.com

Daniel G. Austin, Esq.
The Austin Law Group, Ltd.
1021 W. Adams St., Ste 102
Chicago, IL 60607
daustin@1stcounsel.com

                                                By: /s/ Michelle L. Martin
                                                   One of Plaintiff's Attorneys