08718 KWR/MLM

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOHN ZANG, ) | |
| ) | |
| Plaintiff, ) | Case No.: 08-cv-3370 |
| ) | Judge St. Eve |
| v. ) | Magistrate Judge Mason |
| ) | |
| ALLIANCE FINANCIAL SERVICES OF ) | |
| ILLINOIS, LTD. and ) | |
| BURTON STERN, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO: Richard S. Jalovec
Richard S. Jalovec & Associates, Ltd.
1021 W. Adams St., Ste 102
Chicago, IL 60607
rsj1021@aol.com

Daniel G. Austin
The Austin Law Group, Ltd.
1021 W. Adams St., Ste 102
Chicago, IL 60607
daustin@1stcounsel.com

On **July 31, 2008 at 8:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Judge occupying Room 1241, in the United States District Court for the Northern District of Illinois, and we will then and there present **Plaintiff's Motion to Withdraw the Appearance of Michelle L. Martin as Counsel for Plaintiff**, a copy of which is attached hereto.

By: /s/ Michelle L. Martin
One of Plaintiff's Attorneys

Karl W. Roth
Michelle L. Martin
THE ROTH LAW GROUP LLC
Attorneys for Plaintiff
111 W. Washington St., Ste. 1437
Chicago, IL 60602
(312) 419-9599