UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

John Zang

                    Plaintiff,

v.                                                  Case No.:
                                                 1:08−cv−03370
                                                 Honorable Amy J.
                                                 St. Eve

Alliance Financial Services of Illinois, LTD., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's motion to withdraw the appearance [15] is granted. Attorney Michelle Levis Martin terminated. No appearance is required on the 7/31/08 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.